UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
CERTAIN UNDERWRITERS AT LLOYDS           Civil Action No.: 09 CV 4418
OF LONDON, ISSUING POLICY NOS.           (RJH)(KNF)
509/DL458805 and 509/DL460005,

                Plaintiff,           **NOTICE OF MOTION**

   -against-

ILLINOIS NATIONAL INSURANCE COMPANY,
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, et al.,

                Defendants.
---------------------------------------------------------------------X

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Affidavit of Jason P. Gratt and Statement of Undisputed Facts Pursuant to Local Rule 56.1, Defendants, Illinois National Insurance Company ("Illinois National") and the Insurance Company of the State of Pennsylvania ("ICSOP"), will move this Court, before the Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York as soon as counsel may be heard, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Defendants Illinois National and ICSOP, dismissing the Plaintiff's Complaint.

{00009962.1 }

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Basking Ridge, New Jersey
August 27, 2010

                                              Respectfully submitted,

                                              BEVAN, MOSCA, GIUDITTA & ZARILLO, P.C.

                                              By: <u>s/ Anthony J. Zarillo, Jr.</u>
                                                  Anthony J. Zarillo, Jr. (AZ0711)
                                                  Jason P. Gratt (JG1103)
                                                  110 Wall Street, 11th Floor
                                                  New York, New York 10005-3817
                                                  (212) 576-1172

                                              and

                                              222 Mt. Airy Road, Suite 200
                                              Basking Ridge, New Jersey 07920
                                              (908) 753-8300
                                              azarillo@bmgzlaw.com

                                              *Attorneys for Defendants*
                                              *Illinois National Insurance Company and*
                                              *The Insurance Company of the State of*
                                              *Pennsylvani*a

TO:    Ira S. Lipsius, Esq.
          SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH, LLP
          14 Penn Plaza, Suite 500
          New York, New York 10122

          Attorneys for Plaintiff,
          Certain Underwriters at Lloyds of London

          Christopher R. Carroll, Esq.
          CARROLL, MCNULTY & KULL, LLC
          120 Mountain View Blvd.
          Basking Ridge, New Jersey 07920

          Attorneys for Defendant,
          Continental Casualty Co.

John P. DeFelippis, Esq.
CLAUSEN MILLER, P.C.
One Chase Manhattan Plaza
New York, New York 10005

Attorneys for Defendant,
Arch Insurance Co.

Richard P. Byrne, Esq.
L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
1001 Franklin Avenue
Garden City, New York 11530

Attorneys for Defendant,
Great American Assurance Co.

Nicholas P. Calabria, Esq.
CHURBUCK CALABRIA JONES & MATERAZO, P.C.
43A Barclay Street
Hicksville, New York 11801

Attorneys for Defendant,
Hartford Fire Insurance Co.

Andrew M. Premisler, Esq.
LAZARE POTTER & GIACOVAS LLP
950 Third Avenue
New York, New York 10022

Attorneys for Defendant,
Travelers Property Casualty Company of America