UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, ISSUING POLICY NOS. 509/DL458805 AND 509/DL460005, et al.,

          Plaintiffs,

-against-

ILLINOIS NATIONAL INSURANCE CO., et al.,

          Defendants.

Civil Action No. 09-cv-4418(LAP)



## ORDER

Counsel for the parties have notified the court that this action has been settled and as a result defendant, Continental Casualty Company and Plaintiffs have agreed to dismiss this action with prejudice. Accordingly, it is ORDERED that this action is DISMISSED WITH PREJUDICE subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement not be consummated.

    **DONE** and **ORDERED** this 12th day of February, 2020.

                              _____
                              UNITED STATES DISTRICT JUDGE